REED SMITH LLP
Eric A. Schaffer (ES 6415)
Robert C. Shenfeld (RS 9730)
Andrew L. Morrison (AM 1071)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Attorneys for Wilmington Trust Company, as Indenture Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SOLUTIA, INC., *et al.*, | Case No. 03-B-17949 (PCB) |
| Debtor. | (Jointly Administered) |

------------------------------------------------------------x

| | |
|---|---|
| WILMINGTON TRUST COMPANY, as Indenture Trustee, | |
| Plaintiff, | Adversary Proceeding No. 05-01843 |
| - against - | |
| SOLUTIA, INC., | |
| Defendant. | |

------------------------------------------------------------x

## NOTICE OF APPEAL

Plaintiff, Wilmington Trust, as Indenture Trustee, by its undersigned counsel, hereby appeals under 28 U.S.C. §158(a) from the final judgment of United States Bankruptcy Judge Prudence Carter Beatty entered in this adversary proceeding on May 17, 2007 [Docket No. 147] pursuant to 28 U.S.C. § 158(a) and Rule 8001(a) of the Federal Rules of Bankruptcy Procedure.

- 1 -

The names of all parties to the judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

>Jonathan S. Henes, Esq.
>Michael Frishberg, Esq.
>Kirkland & Ellis LLP
>153 East 53rd Street
>New York, New York 10022
>(212) 446-4800
>
>-and-
>
>David J. Zott, Esq.
>Thomas L. Campbell
>Jeffrey J. Zeiger, Esq.
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, Illinois 60601
>(312) 861-2000
>*Attorneys for Defendant, Solutia Inc.*
>
>Bennett Murphy, Esq.
>Joshua Morse, Esq.
>Hennigan, Bennett & Dorman LLP
>865 South Figueroa Street, Suite 2900
>Los Angeles, CA 90017
>(213) 694-1200
>*Attorneys for the Ad Hoc Committee of Noteholders*
>
>Daniel H. Golden, Esq.
>Akin, Gump, Strauss, Hauer & Feld, LLP
>590 Madison Avenue
>New York, New York 10022
>(212) 872-1000
>*Attorneys for the Official Committee of Unsecured Creditors*
>
>Edward S. Weisfelner, Esq.
>Brown Rudnick Berlack Israels LLP
>Seven Times Square
>New York, New York 10036
>(212) 209-4800
>
>- and -

Steven D. Pohl, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200
*Attorneys for the Ad Hoc Committee of Trade Creditors*

Dated: May 25, 2007

**REED SMITH LLP**

By: *Robert C. Shenfeld /M*
Eric A. Schaffer (ES 6415)
Robert C. Shenfeld (RS 9730)
Andrew L. Morrison (AM 1071)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400

*Attorneys for Wilmington Trust Company, as Indenture Trustee*

DOCSLA-15590800.2