REED SMITH LLP
Eric A. Schaffer (ES 6415)
Jonathan Young (JY 6237)
Robert C. Shenfeld (RS 9730)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
*Attorneys for Wilmington Trust Company, as Indenture Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                        :
In re:                     :    Chapter 11
                        :
SOLUTIA, INC., *et al.*,        :    Case No. 03-B-17949 (PCB)
                        :
            Debtor.    :    (Jointly Administered)
------------------------------------------------------------x
                        :
WILMINGTON TRUST COMPANY,   :
as Indenture Trustee,       :    Adversary Proceeding No.
                        :    05-01843
           Plaintiff,    :
                        :
      - against -       :
                        :
SOLUTIA, INC.,           :
                        :
                        :
          Defendant.   :
------------------------------------------------------------x

**DESIGNATION OF WILMINGTON TRUST COMPANY, AS INDENTURE
TRUSTEE, OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL
<u>AND STATEMENT OF ISSUES PRESENTED ON APPEAL</u>**

Appellant Wilmington Trust Company, as Indenture Trustee (the "Trustee"), by its

undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby

submits the following Designation of Items to be Included in the Record on Appeal and the

following Statement of Issues Presented on Appeal.  This Designation and Statement is filed in connection with the Trustee's Notice of Appeal of the final judgment (the "Final Judgment") of United States Bankruptcy entered by Judge Prudence Carter Beatty in this adversary proceeding on May 17, 2007 [Adversary Proceeding No. 05-01843] (the "Adversary Proceeding").  The Notice of Appeal has been assigned Docket No. 149 in the Adversary Proceeding.

## I.     STATEMENT OF ISSUES PRESENTED ON APPEAL

1)     Whether the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") erred when it entered the Final Judgment in favor of defendant Solutia Inc. (the "Debtor") and against the Trustee dismissing with prejudice all counts of the Trustee's Complaint in the Adversary Proceeding.

2)     Whether the Bankruptcy Court erred in finding that the Debtor did not breach the Indenture (the "Indenture"), dated as of October 1, 1997, between the Solutia Inc. and The Chase Manhattan Bank, as Trustee.

3)     Whether the Bankruptcy Court erred in finding that the Debtor complied with the requirements and satisfied all conditions for obtaining a release of the Trustee's liens on and security interests in assets of the Debtor.

4)     Whether the Bankruptcy Court erred in finding that, as a consequence of the Debtor's prepetition re-financing of its secured debt, the Trustee's liens on and security interests in the assets of the Debtor were released.

5)     Whether the Bankruptcy Court erred in failing to consider whether the Debtor, consistent with its obligations under the Indenture, had legal right or authority to obtain a release of the Trustee's liens and security interests.

6)      Whether the Trustee is entitled, as a matter of law or equity, to liens on and

security interests in assets of the Debtor.

7)      Whether the Trustee is entitled to adequate protection of its liens and security

interests in assets of the Debtor.

## II.    DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

### A.    REPORTER'S TRANSCRIPT[1]

| Designation Exhibit Number | Description of Exhibit | U.S. Bankruptcy Court Adversary Proceeding Docket Number |
|---|---|---|
| 1 | May 23, 2006 Trial Transcript AM Session | 104 |
| 2 | May 23, 2006 Trial Transcript PM Session | 120 |
| 3 | May 24, 2006 Trial Transcript AM Session | 105 |
| 4 | May 24, 2006 Trial Transcript PM Session | 106 |
| 5 | May 31, 2006 Trial Transcript | docketing pending (transcript completed) |
| 6 | June 2, 2006 Trial Transcript | 113 |
| 7 | June 7, 2006 Trial Transcript | 112 |
| 8 | June 8, 2006 Trial Transcript AM Session | 111 |
| 9 | June 8, 2006 Trial Transcript PM Session | 108 |
| 10 | June 9, 2006 Trial Transcript | 118 |
| 11 | June 13, 2006 Trial Transcript | 119 |
| 12 | June 14, 2006 Trial Transcript | 121 |
| 13 | June 16, 2006 Trial Transcript | 135 |
| 14 | June 19, 2006 Trial Transcript | docketing pending (transcript completed) |
| 15 | June 29, 2006 Trial Transcript | 116 |
| 16 | July 7, 2006 Trial Transcript | 139 |
| 17 | July 10, 2006 Trial Transcript | 122 |

---

[1]    At the request of the parties, an unofficial transcription of the trial was prepared on and after June 2, 2006.  The Bankruptcy Court's Memorandum Decision After Trial cites to the official Reporter's Transcript and, in other instances, to the parties' unofficial transcript.

### B.    ITEMS FILED IN THE ADVERSARY PROCEEDING

| Designation Exhibit Number | Description of Exhibit | U.S. Bankruptcy Court Adversary Proceeding Docket Number |
|---|---|---|
| 18 | Docket of U.S. Bankruptcy Court, Southern District of New York, Adversary Proceeding No. 05-01843 | |
| 19 | Complaint against Solutia, Inc. Filed by JPMorgan Chase Bank, National Association, as Indenture Trustee. (Attachments: # 1 Cover Sheet) (Morrison, Andrew) (Entered: 05/27/2005) | 1 |
| 20 | Answer to Complaint (Related Doc # 1) (related document(s)1) filed by Jonathan S. Henes on behalf of Solutia, Inc.. (Henes, Jonathan) (Entered: 07/05/2005) | 6 |
| 21 | Statement /Status Memorandum and Proposed Pretrial Schedule filed by Jonathan S. Henes on behalf of Solutia, Inc.. with hearing to be held on 3/14/2006 (check with court for location) (Henes, Jonathan) (Entered: 03/13/2006) | 29 |
| 22 | Order Granting Motion of The Ad Hoc Solutia Trade Claims Committee For Order Authorizing Intervention in Adversary Proceeding (Related Doc # 32) signed on 4/19/2006. (Chou, Rosalyn) (Entered: 04/19/2006) | 62 |
| 23 | Order signed on 4/21/2006 Granting Motion for Intervention of the Official Committee of Unsecured Creditors of Solutia Inc., ET AL. (Edwards, Latoya) (Entered: 04/21/2006) | 72 |
| 24 | Stipulation Regarding the Ad Hoc Committee of Solutia Noteholders' Motion to Intervene; Order Thereon (related document(s)67) filed by A. Brent Truitt on behalf of Ad Hoc Committee of Solutia Noteholders. (Truitt, A.) (Entered: 05/05/2006) | 75 |
| 25 | Motion for Summary Judgment against Solutia, Inc. with Affidavit of Robert C. Shenfeld (UNREDACTED) filed by Andrew L. Morrison on behalf of JPMorgan Chase Bank, National Association, as Indenture Trustee. (Morrison, Andrew) (Entered: 05/18/2006) | 96 |
| 26 | Memorandum of Law in Support of Motion for Summary Judgment (UNREDACTED) (related document(s)96) filed by Andrew L. Morrison on behalf of JPMorgan Chase Bank, National Association, as Indenture Trustee. (Morrison, Andrew) (Entered: 05/18/2006) | 97 |

| Designation Exhibit Number | Description of Exhibit | U.S. Bankruptcy Court Adversary Proceeding Docket Number |
|---|---|---|
| 27 | Statement of Undisputed Fact (UNREDACTED) (related document(s)96) filed by Andrew L. Morrison on behalf of JPMorgan Chase Bank, National Association, as Indenture Trustee. (Morrison, Andrew) (Entered: 05/18/2006) | 98 |
| 28 | Opposition Brief to JPMorgan's Motion for Summary Judgment filed by Jeffrey J. Zeiger on behalf of Solutia, Inc.. (Zeiger, Jeffrey) (Entered: 05/05/2006) | 82 |
| 29 | Response to Motion Statement of Facts filed by Jeffrey J. Zeiger on behalf of Solutia, Inc.. (Attachments: # 1 Pleading Response to JPMorgan Statement of Facts Part 2# 2 Pleading Response to JPMorgan's Statement of Facts Part 3# 3 Exhibit Ex. A# 4 Exhibit Ex. B# 5 Exhibit Ex. C# 6 Exhibit Ex. D# 7 Exhibit Ex. E# 8 Exhibit Ex. F# 9 Exhibit Ex. G# 10 Exhibit Ex. H# 11 Exhibit Ex. I# 12 Exhibit Ex. K# 14 Exhibit Ex. L# 15 Exhibit Ex. M# (16) Exhibit Ex. N# 17 Exhibit Ex. O# 18 Exhibit Ex P# 19 Exhibit Ex. Q# 20 Exhibit Ex. R# 21 Exhibit Ex. S# 22 Exhibit Ex. T# 23 Exhibit Ex. U# 24 Appendix Appendix Cover Sheet) (Zeiger, Jeffrey) (Entered: 05/05/2006) | 83 |
| 30 | Reply to Motion Reply Memorandum of Law in Further Support of Motion for Summary Judgment (UNREDACTED) (related document(s)96) filed by Andrew L. Morrison on behalf of JPMorgan Chase Bank, National Association, as Indenture Trustee. (Morrison, Andrew) (Entered: 05/18/2006) | 101 |
| 31 | Statement Request for Judicial Notice Pursuant to Federal Rule of Evidence 201 filed by Andrew L. Morrison on behalf of JPMorgan Chase Bank, National Association, as Indenture Trustee. (Attachments: # 1 Exhibit Exhibit A to Request for Judicial Notice# 2 Exhibit Exhibit B-Part 1 to Request for Judicial Notice# 3 Exhibit Exhibit B-Part 2 to Request for Judicial Notice# 4 Exhibit Exhibit B-Part 3 to Request for Judicial Notice# 5 Exhibit Exhibit B-Part 4 to Request for Judicial Notice# 6 Exhibit ExhibitB-Part 5 to Request for Judicial Notice# 7 Exhibit Exhibit B-Part 6 to Request for Judicial Notice# 8 Exhibit Exhibit C to Request for Judicial Notice# 9 Exhibit Exhibit D to Request for Judicial Notice# 10 Certificate of Service for Request for Judicial Notice) (Morrison, Andrew) (Entered: 07/12/2006) | 114 |

| Designation Exhibit Number | Description of Exhibit | U.S. Bankruptcy Court Adversary Proceeding Docket Number |
|---|---|---|
| 32 | Statement Trustee's Deposition Designations and Transcript Excerpts filed by Andrew L. Morrison on behalf of JPMorgan Chase Bank, National Association, as Indenture Trustee. (Attachments: # 1 Exhibit A to Trustee's Designations and Excerpts# 2 Exhibit B to Trustee's Designations and Excerpts# 3 Exhibit C to Trustee's Designations and Excerpts# 4 Certificate of Service for Trustee's Designations and Excerpts) (Morrison, Andrew) (Entered: 07/12/2006) | 115 |
| 33 | Statement / The Ad Hoc Committee of Solutia Noteholders' Post-Trial Brief filed by Bennett J. Murphy on behalf of Ad Hoc Committee of Solutia Noteholders. (Murphy, Bennett) (Entered: 08/09/2006) | 123 |
| 34 | Statement / Excerpts of Trial Transcripts in Support of The Ad Hoc Committee of Solutia Noteholders' Post-Trial Brief filed by Bennett J. Murphy on behalf of Ad Hoc Committee of Solutia Noteholders. (Murphy, Bennett) (Entered: 08/09/2006) | 124 |
| 35 | Statement / Excerpts of Trial Exhibits in Support of The Ad Hoc Committee of Solutia Noteholders' Post-Trial Brief filed by Bennett J. Murphy on behalf of Ad Hoc Committee of Solutia Noteholders. (Attachments: # 1 Part 2# 2 Part 3# (3) Part 4# 4 Part 5# 5 Part 6) (Murphy, Bennett) (Entered: 08/09/2006) | 125 |
| 36 | Memorandum of Law Post-Trial (with certificate of service) filed by Andrew L. Morrison on behalf of JPMorgan Chase Bank, National Association, as Indenture Trustee. (Morrison, Andrew) (Entered: 08/09/2006) | 127 |
| 37 | Memorandum of Law Compendium of Unreported Cases to Post-Trial Memorandum of Law filed by Andrew L. Morrison on behalf of JPMorgan Chase Bank, National Association, as Indenture Trustee. (Attachments: # 1 Part 2 of Compendium# 2 Part 3 of Compendium# 3 Part 4 of Compendium) (Morrison, Andrew) (Entered: 08/09/2006) | 128 |
| 38 | Memorandum of Law Addendum to Post-Trial Memorandum of Law (Item 127) filed by Andrew L. Morrison on behalf of JPMorgan Chase Bank, National Association, as Indenture Trustee. (Morrison, Andrew) (Entered: 08/09/2006) | 129 |

| Designation Exhibit Number | Description of Exhibit | U.S. Bankruptcy Court Adversary Proceeding Docket Number |
|---|---|---|
| 39 | Memorandum of Law Post-Trial Brief filed by Jeffrey J. Zeiger on behalf of Solutia, Inc.. (Zeiger, Jeffrey) (Entered: 08/09/2006) | 131 |
| 40 | Statement Solutia Inc.'s Deposition Designations and Transcript Excerpts filed by Jeffrey J. Zeiger on behalf of Solutia, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F) (Zeiger, Jeffrey) (Entered: 08/22/2006) | 134 |
| 41 | So Ordered Stipulation signed on 3/12/2007 Substituting Wilmington Trust Company as Plaintiff Upon Assignment of Interest. (related document(s)1, 140) (Chou, Rosalyn) (Entered: 03/13/2007) | 142 |
| 42 | Written Opinion/ Memorandum Decision After Trial signed on 5/1/2007 | 146 |
| 43 | Final Judgment signed on 5/17/2007 dismissing the Complaint with prejudice. (related document(s)146) (Chou, Rosalyn) (Entered: 05/17/2007) | 147 |
| 44 | Errata Order /Written Opinion signed on 5/22/2007 Regarding Memorandum Decision After Trial. (related document(s)146) (Chou, Rosalyn) (Entered: 05/22/2007) | 148 |
| 45 | Notice of Appeal (related document(s)147) filed by Zoe F. Feinberg on behalf of Wilmington Trust Company. (Feinberg, Zoe) (Entered: 05/29/2007) | 149 |
| 46 | Notice of Appeal (related document(s)147) filed by Bennett J. Murphy on behalf of Ad Hoc Committee of Solutia Noteholders. (Murphy, Bennett) (Entered: 05/29/2007) | 150 |
| 47 | Statement / The Ad Hoc Committee of Solutia Noteholders' Statement of Position Concerning the Cross-Motions for Summary Judgment Filed by JPMorgan Chase Bank and Solutia, Inc. (UNREDACTED) (related document(s)50, 54) filed by Bennett J. Murphy on behalf of Ad Hoc Committee of Solutia Noteholders. (Murphy, Bennett) (Entered: 06/07/2007) | 151 |

## C.    OTHER ITEMS FILED IN THE BANKRUPTCY CASE[2]

| Designation Exhibit Number | Description of Exhibit | U.S. Bankruptcy Court Case No. 03-17949 Docket Number |
|---|---|---|
| 48 | Docket of U.S. Bankruptcy Court, Southern District of New York, Bankruptcy Case No. 03-17949 (PCB) | |
| 49 | Motion to Authorize Debtors' Motion for Entry of Interim and Final Orders (a) Authorizing Use of Cash Collateral, (B) Authorizing Debtors to Incur Postpetition Indebtedness, (C) Granting Security Interests and Superiority Claims and (D) Granting Adequate Protection Pursuant to Sections 105(a), 363, 364(c) and 364(d) of the Bankruptcy Code filed by Conor D. Reilly on behalf of Solutia Inc.. (Attachments: # 1 Exhibit A- Financing Agreement# 2 Exhibit B- Proposed Interim Order) (Reilly, Conor) (Entered: 12/17/2003) | 14 |
| 50 | Declaration of Jeffry N. Quinn In Support Of Chapter 11 Petitions and Requests For First-Day Relief Pursuant To Local Bankruptcy Rule 1007-2 filed by Conor D. Reilly on behalf of Solutia Inc.. (Attachments: # 1 Exhibit A- Solutia Corp Organization Chart# 2 Exhibit B- Solutia Worldwide Locations# 3 Schedule) (Reilly, Conor) (Entered: 12/17/2003) | 23 |
| 51 | Interim Order Granting Motion (i)approving use of cash collateral (ii)authorizing debtors to incur post-petition secured indebtedness, and (iii) granting security interests and superpriority claims (Related Doc # 14) signed on 12/19/2003. (Chou, Rosalyn) (Entered: 12/19/2003) | 44 |
| 52 | Objection to Motion /Reservation of Rights Regarding Entry of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Authorizing Debtors To Incur Postpetition Indebtedness, (C) Granting Security Interests And Superpriority Claims And (D) Granting Adequate Protection Pursuant To Sections 105(A), 361, 363, 364(C), 364(D) And 364(E) Of The Bankruptcy Code (related document(s)14) filed by Joseph O'Neil Jr. on behalf of JP Morgan Chase Bank. with hearing to be held on 1/6/2004 (check with court for location) (O'Neil, Joseph) (Entered: 01/08/2004) | 171 |

---

2    Documents referenced below, to the extent not already part of the record in the adversary proceeding, are sufficiently associated with the general administration of the debtor's estate that they may be included in the record on appeal.  Alternatively, such documents properly are the subject of judicial notice pursuant to Federal Rule of Evidence 201.  The Trustee will make an appropriate request for judicial notice when this matter is docketed with the District Court.

| Designation Exhibit Number | Description of Exhibit | U.S. Bankruptcy Court Case No. 03-17949 Docket Number |
|---|---|---|
| 53 | Response DEBTORS' RESPONSE TO OBJECTIONS AND REQUEST FOR APPROVAL OF AN ALTERNATIVE DIP FINANCING IN FURTHER SUPPORT OF MOTION FOR ENTRY OF FINAL ORDER (A) AUTHORIZING USE OF CASH COLLATERAL,(B) AUTHORIZING DEBTORS TO INCUR POSTPETITION INDEBTEDNESS,(C) GRANTING SECURITY INTERESTS AND SUPERIORITY CLAIMS AND (D) GRANTING ADEQUATE PROTECTION PURSUANT TO SECTIONS 105(a), 361, 363, 364(c), 364(d), and 364(e) OF THE BANKRUPTCY CODE filed by Conor D. Reilly on behalf of Solutia Inc.. with hearing to be held on 1/16/2004 at 11:00 AM at Courtroom 701 (PCB) (Attachments: # 1 Exhibit A- Final Order# 2 Exhibit B- Valuation Report) (Reilly, Conor) (Entered: 01/15/2004) | 250 |
| 54 | Declaration DECLARATION OF WILLIAM K. DOMOE, IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF FINAL ORDER (A) AUTHORIZING USE OF CASH COLLATERAL, (B) AUTHORIZING DEBTORS TO INCUR POSTPETITION INDEBTEDNESS, (C) GRANTING SECURITY INTERESTS AND SUPERPRIORITY CLAIMS AND (D) GRANTING ADEQUATE PROTECTION PURSUANT TO SECTIONS 105(a), 361, 363, 364(c), 364(d), and 364(e) OF THE BANKRUPTCY CODE. (related document(s)14) filed by Conor D. Reilly on behalf of Solutia Inc.. (Attachments: # 1 Exhibit A- Valuation Report) (Reilly, Conor) (Entered: 01/15/2004) | 254 |
| 55 | Declaration DECLARATION OF RICHARD L. KELSEY, ASA, IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF FINAL ORDER (A) AUTHORIZING USE OF CASH COLLATERAL, (B) AUTHORIZING DEBTORS TO INCUR POSTPETITION INDEBTEDNESS, (C) GRANTING SECURITY INTERESTS AND SUPERPRIORITY CLAIMS AND (D) GRANTING ADEQUATE PROTECTION PURSUANT TO SECTIONS 105(a), 361, 363, 364(c), 364(d), and 364(e) OF THE BANKRUPTCY CODE (related document(s)14) filed by Conor D. Reilly on behalf of Solutia Inc.. (Attachments: # 1 Exhibit A-Valuation Report) (Reilly, Conor) (Entered: 01/15/2004) | 255 |

| Designation Exhibit Number | Description of Exhibit | U.S. Bankruptcy Court Case No. 03-17949 Docket Number |
|---|---|---|
| 56 | Final Order signed 1/16/04 Granting Motion (i)approving use of cash collateral (ii)authorizing debtors to incur post-petition secured indebtedness, and (iii) granting security interests and superpriority claims (related document(s)44) (Pabon, Carlos) (Entered: 01/20/2004) | 278 |
| 57 | Order signed on 3/18/2004 authorizing J.P. Morgan Chase Bank, as Indenture trustee, to examine debtor and request production of documents. (related document(s)466) (Chou, Rosalyn) (Entered: 03/18/2004) | 591 |
| 58 | Chapter 11 Plan /Debtors' Joint Plan of Reorganization filed by Jonathan S. Henes on behalf of Solutia Inc.. (Attachments: # 1 Exhibit A: Relationship Agreement# 2 Exhibit B: Retiree Settlement Agreement)(Henes, Jonathan) (Entered: 02/14/2006) | 2855 |
| 59 | Disclosure Statement /Debtors' Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code (related document(s)2855) filed by Jonathan S. Henes on behalf of Solutia Inc.. (Attachments: # 1 Exhibits A through L)(Henes, Jonathan) (Entered: 02/14/2006) | 2856 |
| 60 | Amended Disclosure Statement /Amended Exhibit D to Debtors' Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code, Filed Feb. 14, 2006 (related document(s)2856) filed by Jonathan S. Henes on behalf of Solutia Inc.. (Henes, Jonathan) (Entered: 02/27/2006) | 2883 |
| 61 | Motion to Extend Time /Debtors' Motion for an Order Further Extending the Exclusivity Periods During Which Only the Debtors May File a Plan of Reorganization and Solicit Acceptances Thereof filed by Jonathan S. Henes on behalf of Solutia Inc.. with hearing to be held on 4/25/2006 at 11:00 AM at Courtroom 701 (PCB) Responses due by 4/18/2006, (Henes, Jonathan) (Entered: 03/31/2006) | 2992 |
| 62 | Notice to Transferor Pursuant To FRBP Rule 3001(e)(2) Of Claim From JPMorgan Chase Bank, As Indenture Trustee To Wilmington Trust Company, As Indenture Trustee filed by Zoe F. Feinberg on behalf of Wilmington Trust Company, as Indenture Trustee.(Feinberg, Zoe) (Entered: 12/27/2006) | 3579 |
| 63 | Chapter 11 Plan /Debtors' First Amended Joint Plan of Reorganization (related document(s)2855, 2856) filed by Jonathan S. Henes on behalf of Solutia Inc.. (Henes, Jonathan) (Entered: 05/16/2007) | 3830 |

| Designation Exhibit Number | Description of Exhibit | U.S. Bankruptcy Court Case No. 03-17949 Docket Number |
|---|---|---|
| 64 | Disclosure Statement /Debtors' First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code (related document(s)3830) filed by Jonathan S. Henes on behalf of Solutia Inc.. (Henes, Jonathan) (Entered: 05/16/2007) | 3831 |

### D.    TRIAL EXHIBITS

| Designation and Tab Number[3] | Description of Exhibit |
|---|---|
| PX 1 | Solutia, Inc. Press Release dated January 13, 2003 re: Jeffry Quinn Joins Solutia Inc. as Senior Vice President, Secretary and General Counsel |
| PX 2 | Email from John C. Hunter dated July 9, 2003 re: CONTINGENCY PLANNING – confidential |
| PX 3 | Indenture (Solutia Inc. to the Chase Manhattan Bank as Trustee) dated as of October 1, 1997 |
| PX 4 | Intercreditor and Collateral Trust Agreement dated July 25, 2002 |
| PX 5 | Email from Murray dated August 12, 2003 re: Desecuritization Issues/Triggering Event |
| PX 6 | Rothschild Retention Agreement dated April 1, 2003 |
| PX 7 | Amendment to Rothschild Retention Agreement dated as of October 1, 2003 |
| PX 8 | Gibson Dunn Retention Agreement dated April 30, 2003 |
| PX 9 | Email from Conor Reilly dated June 22, 2003 re: Solutia -- Preliminary Filing Conclusions |
| PX 10 | Kroll Zolfo Cooper Retention Agreement dated June 9, 2003 |
| PX 11 | Draft letter from John Hunter re: Chapter 11 filing dated July 14, 2003 |
| PX 12 | Email from Paul Berra dated July 22, 2003 re: Spirit Core Communications Documents |
| PX 13 | Email from David Schiller dated July 24, 2003 re: Solutia KERP meeting note 072203 |
| PX 14 | Chapter 11 News Release titled "Seeking Relief from Legacy Issues, Solutia files Chapter 11" dated July 16, 2003 |
| PX 15 | Email from Paul Berra dated July 22, 2003 re: Project Spirit -- Meeting Regarding Material Contracts |
| PX 16 | Email from Glenn Ruskin dated September 02, 2003 attaching Solutia Ch. 11 Release – 9-2-03 |
| PX 17 | Email from Carman Diebold attaching memo from Jeffry Quinn re: appointment as Chief Restructuring Officer |

---

[3]    Trial Exhibits, which are not included on the Bankruptcy Court Docket, are filed separately as exhibits to this Designation.

| Designation and Tab Number[3] | Description of Exhibit |
|---|---|
| PX 18 | Email from Carman Diebold attaching memo from Jeffry Quinn dated September 02, 2003 re: release of Project Spirit participants from trading restrictions |
| PX 19 | Draft document titled "Talking Points for Management Meetings with Employees" re: talking points on issue of Chapter 11 filing dated September 29, 2003 |
| PX 20 | Email from Jeffry Quinn dated October 7, 2003 re: debtor-in-possession financing |
| PX 21 | Proposed DIP Term Sheet dated September 13, 2003 attached to email from Kirby Chin |
| PX 22 | Email from Sarah Johnston dated September 24, 2003 re: Cerberus Stage 1 Commitment Letter |
| PX 23 | Solutia Board Minutes dated August 18, 2003 |
| PX 24 | Email from Todd Snyder dated October 07, 2003 re: Discussion Points for Hunter and Clausen |
| PX 25 | Solutia Inc. Form 10-Q; Filed on November 14, 2003 – Period Ending: September, 30 2003 |
| PX 26 | Project Spirit Discussion Materials dated August 28, 2003 |
| PX 27 | Solutia, Inc. Press Release dated October 9, 2003 re: Solutia Refinances Credit Facility |
| PX 28 | Email from Richard Cieri dated September 23, 2003 re: Draft Press Release for Credit Facility |
| PX 29 | Solutia, Inc. Press Release dated October 16, 2003 re: Solutia Initiates Debt Restructuring Discussions |
| PX 30 | Email from John Srivisal dated July 2, 2003 re: Spirit Diligence materials – Preliminary Financials and Dip Budget |
| PX 31 | Ableco letter dated July 29, 2003 re: proposed financing |
| PX 32 | Email from Murray dated August 2, 2003 re: Cerberus/ Schulte |
| PX 33 | Email from Gregory Murray dated July 28, 2003 re: Solutia Financing/ Desecuritization Timing Issue |
| PX 34 | Email from Oscar Garza dated July 30, 2003 re: Solutia Financing/ Desecuritization Timing Issue |
| PX 35 | Email from Oscar Garza dated July 8, 2003 re: Call w/ Skadden |
| PX 36 | Email from Oscar Garza dated July 31, 2003 re: Call w/ Skadden and Silverpoint |
| PX 37 | Email from Conor Reilly dated July 21, 2003 attaching Gibson Dunn draft legal opinion |
| PX 38 | Email from Dermont dated August 21, 2003 re: pls review – Discussions with Cerberus |
| PX 39 | Email from Jeff Quinn dated July 09, 2003 re: Contingency Planning |
| PX 40 | Email from Kevin Wilson dated August 05, 2003 re: DIP Discussions with Existing Bank Group |
| PX 41 | Email from Jeff Quinn dated August 25, 2003 re: Options |

| Designation and Tab Number[3] | Description of Exhibit |
|---|---|
| PX 42 | Email from Conor Reilly dated August 26, 2003 re: Options |
| PX 43 | Email from Kirby Chin dated October 20, 2003 re: Ableco/Solutia attaching clean and marked Step II Term Sheet |
| PX 44 | Email from Jeff Quinn dated October 22, 2003 re: 3 Principal Properties – Defcon 4 |
| PX 45 | Email from Richard Cieri dated October 12, 2003 re: Suggested approach with MON-your help needed |
| PX 46 | Email from Jeff Quinn dated October 16, 2003 re: Meeting with Monsanto Company and Solutia Update |
| PX 47 | Email from Jared Dermont dated August 06, 2003 re: Plain English Description of Citibank Non-Desecuritizing Incremental Loan |
| PX 48 | Email from Frederic Ragucci dated September 28, 2003 re: Revised Open Items |
| PX 49 | Draft case information summary for Chapter 11 filing dated July 3, 2003 |
| PX 50 | Draft Master Questions and Answers for Chapter 11 filing |
| PX 51 | Draft Critical Communications Checklist dated July 17, 2003 |
| PX 52 | Draft order approving the Debtors' Employment of Kroll Zolfo Cooper dated August 5, 2003 |
| PX 53 | Draft Chapter 11 News Release dated September 22, 2003 |
| PX 54 | Email from James Sullivan dated June 05, 2003 re: Preliminary KZC activities for Thursday discussion |
| PX 55 | Solutia Board Minutes dated October 14, 2003 |
| PX 56 | Email from Mark Dowd dated August 05, 2003 re: Solutia |
| PX 57 | Email from Lisa Kehr dated August 7, 2003 re: Project Spirit Conference Call |
| PX 58 | Email from Noah Hochstadt dated August 13, 2003 re: Solutia – Financing Agreement |
| PX 59 | Email from John Srivisal dated August 28, 2003 attaching Follow-up Discussion Points Memo |
| PX 60 | Ableco Finance letter with handwritten SRZ comments dated October 2, 2003 |
| PX 61 | Email from Kathryn Coleman dated September 16, 2003 re: Scope of Pledge of IP |
| PX 62 | Email from Gregory Murray dated September 16, 2003 re: liens on stock of subs issue (not to worry) |
| PX 63 | Project Spirit Discussion Materials dated August 28, 2003 |
| PX 64 | Project Spirit Discussion Materials dated June 25, 2003 |
| PX 65 | Project Spirit Discussion Materials dated August 18, 2003 |
| PX 66 | Solutia Board Minutes dated September 15, 2003 |
| PX 67 | Project Spirit Discussion Materials dated May 8, 2003 |
| PX 68 | Project Spirit Discussion Materials dated May 8, 2003 |
| PX 69 | Project Spirit Discussion Materials dated May 29, 2003 |
| PX 70 | Solutia Discussion Materials dated April 1, 2003 |

| Designation and Tab Number[3] | Description of Exhibit |
|---|---|
| PX 71 | Project Spirit Discussion Materials dated June, 2003 |
| PX 72 | Complaint; In re Solutia, Inc. (JPMorgan Chase Bank, as indenture trustee, v. Solutia Inc.) |
| PX 73 | Answer; In re Solutia, Inc. (JPMorgan Chase Bank, as indenture trustee, v. Solutia Inc.) |
| PX 74 | Second Amended and Restated Credit Agreement dated July 25, 2002 |
| PX 75 | Sharing Security Agreement dated July 25, 2002 |
| PX 76 | Financing Agreement; Solutia Inc. and Solutia Business Enterprises Inc. as Borrowers, Ableco Finance LLC as Lenders dated October 8, 2003 |
| PX 77 | Opinion Letter addressed to HSBC from Gibson Dunn & Crutcher LLP dated October 8, 2003 |
| PX 78 | Officer's Certificate Pursuant to Section 12.04 of the Indenture |
| PX 79 | Financing Agreement; Solutia Inc. and Solutia Business Enterprises Inc. as debtors and debtors-in-possession, Ableco Finance LLC as Collateral Agent; dated as of December 19, 2003 |
| PX 80 | June 6, 2003 Draft of Risk Factors |
| PX 81 | Solutia Inc. Prospectus filed pursuant to Rule 424B1 filed on October 17, 1997 |
| PX 82 | Solutia Board Minutes dated April 23, 2003 |
| PX 83 | Solutia Board Minutes dated June 25, 2003 |
| PX 84 | Solutia Board Minutes dated July 15, 2003 |
| PX 85 | Solutain Board Minutes dated July 22, 2003 |
| PX 86 | Solutia Board Minutes dated July 29, 2003 |
| PX 87 | Solutia Board Minutes dated August 5, 2003 |
| PX 88 | Unanimous Written Consent of the Board of Directors in Lieu of Special Meeting [September 2003] |
| PX 89 | Solutia Board Minutes dated October 22, 2003 |
| PX 90 | Solutia Board Minutes dated November 20, 2003 |
| PX 91 | Solutia Board Minutes dated December 11, 2003 |
| PX 92 | Solutia Board Minutes dated December 16, 2003 |
| PX 93 | Certificate of Resolutions adopted by the Board of Directors as of December 17, 2003 |
| PX 94 | Email from John Hunter dated July 09, 2003 re: CONTINGENCY PLANNING |
| PX 95 | Email from Carman Diebold dated July 30, 2003 re: Signed List -- Project Spirit |
| PX 96 | Letter from Jeffry Quinn dated August 6, 2003 announcing his appointment as Chief Restructuring Officer and the formation of the Restructuring Council |
| PX 97 | Email from Jeffry Quinn dated August 29, 2003 re: Confidential Message fro Jeff Quinn – Project Spirit Update |
| PX 98 | Fax from KZC dated June 18, 2003 sending DIP Financing Model Assumptions |

| Designation and Tab Number[3] | Description of Exhibit |
|---|---|
| PX 99 | KPMG Due Diligence report dated August 7, 2003 |
| PX 100 | Black-lined Draft Regulator Letter dated September 22, 2003 |
| PX 101 | Black-lined Security and Media Guidelines dated September 29, 2003 |
| PX 102 | Black-lined EMPLOYEE GUIDE TO CHAPTER 11 REORGANIZATION dated September 22, 2003 |
| PX 103 | Internal Credit Memorandum dated October 2003 |
| PX 104 | Mercer Human Resources Consulting Website (selected pages) |
| PX 105 | Pre-petition Transaction Step 1 Term Sheet with cover email dated August 7, 2003 |
| PX 106 | Email Term Sheet dated August 21, 2003 |
| PX 107 | Memo from Veronica Lubczenko dated August 12, 2003 re: Solutia, Inc. |
| PX 108 | Memoranda re: Solutia Tax Provision Review dated October 16, 2003, July 10, 2003 and April 21, 2003 |
| PX 109 | Statement of Financial Accounting Standards No. 109 |
| PX 110 | Email from Phillip Gnolfo dated January 13, 2004 re: Deferred Tax Asset Valuation Summary |
| PX 111 | Memo re: Risk Areas Affecting the Tax Provision *Carryforward* |
| PX 112 | Fax from Deloitte & Touche sending FAS 109 accounting handbook |
| PX 113 | Deposition transcript of C. Kevin Wilson (September 23, 2004) |
| PX 114 | Deposition transcript of James Sullivan (November 5, 2004) |
| PX 115 | Deposition transcript of Todd R. Snyder (January 26, 2005) |
| PX 116 | Deposition transcript of Robert Clausen (August 03, 2005) |
| PX 117 | Deposition transcript of Philip R. Lochner, Jr. (September 14, 2005) |
| PX 118 | Deposition transcript of Nathan Suddeth (September 22, 2005) |
| PX 119 | Deposition transcript of Kevin Genda (October 18, 2005) |
| PX 120 | Deposition transcript of John C. Hunter (November 16, 2005) |
| PX 121 | Deposition transcript of Jeffrey N. Quinn (December 01, 2005) |
| PX 123 | Deposition transcript of Deposition of Todd R. Snyder (December 09, 2005) |
| PX 124 | Deposition transcript of Veronica Lubczenko (January 12, 2006) |
| PX 125 | Deposition transcript of James A. Tichenor (April 5, 2006) |
| PX 127 | Email from Kirby Chin dated September 15, 2003 attaching Step II term sheet |
| PX 128 | Email from Todd Snyder dated July 23, 2003 re: Summary of 7/23/03 7:30 a.m. CDT call |
| PX 129 | Email from Todd Snyder dated October 19, 2003 re: Monday Call with SRZ |
| PX 130 | KZC July 9 presentation with email cover dated July 9, 2003 |
| PX 131 | Email from Todd Snyder dated July 23, 2003 re: Summary of 7/23/03 7:30 a.m. CDT call |
| PX 132 | Email from Zac Zeitlin dated July 31, 2003 re: DIP call |
| PX 133 | Email from Jim Chapman dated August 5, 2003 re: Follow Up – Solutia |

| Designation and Tab Number[3] | Description of Exhibit |
|---|---|
| PX 134 | Email from Jeffry Quinn dated August 12, 2003 re: Proposed Litigation Settlement |
| PX 135 | Email from Veronica Lubczenko dated August 13, 2003 re: Solutia |
| PX 136 | Email from John Srivisal dated August 28, 2003 re: Follow-Up Financing Items |
| PX 137 | Email from Jeffrey Kindler dated September 3, 2003 re: Solutia Update |
| PX 138 | Email from Todd Snyder dated September 9, 2003 re: Cerberus Syndication Issue |
| PX 139 | Email from Elizabeth Kardos dated September 17, 2003 re: Draft retention docs |
| PX 140 | Email from Ken Sands dated September 19, 2003 re: Solutia |
| PX 141 | Email from Greg Walker dated September 25, 2003 re: Solutia |
| PX 142 | Email from James Tichenor dated October 01, 2003 forwarding a calculation of Consolidated Net Tangible Assets as of June 30, 2003 |
| PX 143 | Email from Zac Zeitlin dated October 5, 2003 re: Solutia |
| PX 144 | Email from Kirby Chin dated October 06, 2003 re: Ableco/Solutia |
| PX 145 | Email from Veronica Lubczenko dated October 20, 2003 re: Solutia Stage II |
| PX 146 | Email from John Hunter dated October 27, 2003 re: Update |
| PX 147 | Email from Jeffry Quinn dated October 29, 2003 re: Jeff Stegenga called just to let you know that there is an informal Solutia Bondholder meeting this afternoon |
| PX 148 | Email from Andrew Gottesman dated November 18, 2003, forwarding October 30, 2003 draft of Motion seeking approval of DIP Loan |
| PX 149 | Email from Jeffry Quinn dated October 17, 2003 re: Cheery News for the end of the week |
| PX 150 | Email dated May 7, 2003 attaching calculations of Net Tangible Assets as of March 31, 2003 |
| PX 151 | Email dated August 5, 2003 attaching calculations of Net Tangible Assets as of June 30, 2003 |
| PX 152 | Email from Todd Snyder dated September 14, 2003 re: Board Info from Jared Dermont |
| PX 153 | Email from Jeffry Quinn dated October 16, 2003 re: Meeting with Monsanto Company and Solutia Update |
| PX 154 | Email from Todd Snyder dated October 23, 2003 re: Bondholders |
| PX 155 | Letter from Ableco Finance dated September 29 re: Financing Commitment |
| PX 156 | Project Spirit Presentation Outline |
| PX 157 | Amended and Restated Solutia Inc. Separation Agreement and Release of Claims |
| PX 158 | Confidentiality Agreement between Cerberus Capital Management and Solutia Inc. dated June 23, 2003 |
| PX 159 | Executed Credit Approval memo in connection with Ableco Financing |
| PX 160 | Email from Kirby Chin dated October 17, 2003 re: Solutia/Step II |

| Designation and Tab Number[3] | Description of Exhibit |
|---|---|
| PX 161 | Email from Marleen Judge dated September 25, 2003 re: Draft of Press Release |
| PX 162 | Email from Todd Snyder dated June 26, 2003 re: Solutia |
| PX 163 | Email from Jeffry Quinn dated July 9, 2003 re: Contingency Planning |
| PX 164 | Email from Joseph Mazzotti dated July 13, 2003 re: Additional Information Needs |
| PX 165 | Email from Todd Snyder dated July 29, 2003 re: question |
| PX 166 | Email from Tom Steiglehner dated August 8, 2003 re: Follow-up |
| PX 167 | Email from Kevin Wilson dated September 16, 2003 re: Revised List of Issues |
| PX 168 | Email from Kevin Wilson dated July 13, 2003 re: Astaris |
| PX 169 | Email from Kevin Wilson dated June 18, 2003 re: Minimal Term B needed before BK filing |
| PX 170 | Email from Jared Dermont dated August 28, 2003 re: Cerberus Discussion Points |
| PX 171 | Email from Frank Riddick dated July 5, 2002 re: Engagement Structure Proposal |
| PX 172 | Email from Kevin Wilson dated July 24, 2003 re: Sharing Intercreditor Constraints on Selection of B Lenders |
| PX 173 | Email from Deloitte & Touche dated October 16, 2003 re: Solutia Tax Provision Review FY2003 Q3 |
| PX 174 | Email from Phillip Gnolfo dated January 13, 2004 re: Deferred Tax Asset Valuation Allowance Summary |
| PX 175 | Memo from Deloitte & Touche dated October 16, 2003 re: Solutia Tax Provision Review - FY2003 Q3 |
| PX 176 | Debtor's Application for an Order Approving the Employment of Rothschild Inc. |
| PX 177 | Debtor's Application for an Order Approving the Employment of Sitrick and Company Inc. |
| PX 178 | Debtor's Application for an Order Approving the Employment of Kroll Zolfo Cooper LLC |
| PX 179 | Debtor's Application for an Order Approving the Employment of Gibson, Dunn & Crutcher LLP |
| PX 180 | Debtors' Motion For Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Authorizing Debtors to Incur Post-Petition Indebtedness, (C) Granting Security Interests and Superiority Claims and (D) Granting Adequate Protection Pursuant to Sections 105(a), 361, 363, 364(c), 364(d), and 364(e) of the Bankruptcy Code dated December 17, 2003 |

| Designation and Tab Number[3] | Description of Exhibit |
|---|---|
| PX 181 | Debtors' Response to Objections and Request for Approval of an Alternative DIP Financing in Further Support of Motion for Entry of Final Order (A) Authorizing Use of Cash Collateral, (B) Authorizing Debtors to Incur Post-Petition Indebtedness, (C) Granting Security Interests and Superiority Claims and (D) Granting Adequate Protection Pursuant to Sections 105(a), 361, 363, 364(c), 364(d), and 364(e) of the Bankruptcy Code dated January 15, 2004 |
| PX 182 | Transcript of January 16, 2004 Hearing taken before the Honorable Prudence C. Beatty |
| PX 183 | Final Order (I) Approving Use of Cash Collateral, (II) Authorizing Debtors to Incur Post-Petition Secured Indebtedness, and (III) Granting Security Interests and Superiority Claims Pursuant to Sections 105(a), 361, 363, 364(c), 364(d), and 364(e) of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, and 9014, entered January 16, 2004 |
| PX 184 | Debtors' Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code |
| PX 185 | Solutia Inc. Form 10-K; Filed on March 15, 2004 – Period Ending: December 31, 2003 |
| PX 186 | Solutia Inc. Form 10-Q; Filed on August 14, 2003 – Period Ending: June, 30 2003 |
| PX 187 | Solutia Inc. Form 8-K; Filed October 8, 2003 |
| PX 188 | Email from Todd Snyder dated July 9, 2003 re Call w/Skadden |
| PX 189 | Certificate of Incorporation of Solutia Business Enterprises, Inc., filed August 21, 2003 |
| PX 190 | Voluntary Petition of Solutia Business Enterprises, Inc., filed December 17, 2003 |
| PX 191 | Order Directing Joint Administration of Related Chapter 11 Cases, entered December 18, 2003 |
| | |
| DX 1 | Solutia Inc. to The Chase Manhattan Bank as Trustee "Indenture" dated as of October 1, 1997 |
| DX 4 | Intercreditor and Collateral Trust Agreement ("Shared Intercreditor Agreement") |
| DX 6 | Ableco Financing Agreement |
| DX 8 | Written Direction of the Collateral Agent Pursuant to Section 7.02(a) of the Intercreditor and Collateral Trust Agreement |
| DX 9 | Solutia Inc. Officers' Certificate Pursuant to Section 12.04 of the Indenture |
| DX 10 | HSBC letter to Trustee re "Restructuring of Facility and Release of Collateral" |
| DX 13 | Final DIP Financing Agreement |
| DX 17 | Solutia Form 10-Q for the Quarter Ended 3/31/2003 |
| DX 18 | 2nd Quarter 10-Q for Quarter Ending June 30, 2003 |
| DX 19 Group | Solutia Press Release and Corresponding Form 8-K |
| DX 21 Group | Solutia Press Release and Corresponding Form 8-K |

| Designation and Tab Number[3] | Description of Exhibit |
|---|---|
| DX 22 Group | Solutia Press Release and Corresponding Form 8-K |
| DX 27 | Rothschild "Case Study on Solutia Inc." |
| DX 29 | Solutia's Board Meeting Minutes |
| DX 39 | Solutia's Board Meeting Minutes |
| DX 40 | Solutia's Board Meeting Minutes |
| DX 40A | Rothschild "Project Spirit Discussion Materials" |
| DX 42 | Solutia's Board Meeting Minutes |
| DX 48 | Solutia's Board Meeting Minutes |
| DX 50 | Draft Term Sheet |
| DX 70 | Restructuring Council Organization Document |
| DX 73 | Proposed Litigation Settlement regarding request for Monsanto's Assistance in Achieving Out-of-Court Restructuring |
| DX 86 | Cerberus Stage 1 Commitment Letter |
| DX 88 | Advance Payment Agreement |
| DX 95 | Gibson, Dunn & Crutcher LLP's Opinion letter to HSBC Bank USA, as Trustee and as Collateral Trustee re: Solutia Inc. / Release of Shared Collateral from the Lien of the Sharing Security Documents |
| DX 97 | Email re Meeting with Monsanto Company and Solutia Update |
| DX 105 | Bondholder Issues |
| DX 109 | Informal Solutia Bondholder Meeting |
| DX 110 | Alternative Discussion Materials |
| DX 114 | Correspondence to Akin, Gump, Strauss, Hauer & Feld LLP and Solutia Confirming Terms of the Agreement with Houlihan Lokey Howard & Zukin Capital |
| DX 115 | Update on Meetings, Ad Hoc Bond Committees, and Eurobond Bondholders Meetings |
| DX 123 | Request for Meetings and Solutia's Commitment to Work Toward a Resolution that Works for all Three Organizations |
| DX 126 | Letter from Monsanto |
| DX 127 | Suggestion of Potential Meeting to Discuss Request for Assistance in the Texas Litigation |

Dated:  June 8, 2007

**REED SMITH LLP**

By:   /s/ Eric A. Schaffer
       Eric A. Schaffer (ES 6415)
       Jonathan Young (JY 6237)
       Robert C. Shenfeld (RS 9730)
       599 Lexington Avenue
       New York, New York 10022
       Telephone:  (212) 521-5400

*Attorneys for Wilmington Trust Company,*
*as Indenture Trustee*

THE EXHIBITS REFERENCED IN THE *DESIGNATION OF WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE, OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES PRESENTED ON APPEAL* ARE BEING FILED WITH THE UNITED STATES BANKRUPTCY COURT OF THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO RULE 8006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND ARE ALSO LOCATED AT THE OFFICES OF REED SMITH LLP IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 8007-1 AND ARE AVAILABLE UPON REQUEST.

## CERTIFICATE OF SERVICE

I, Zoe F. Feinberg, hereby certify that on the 8th day of June, 2007, I caused a true and correct copy of the foregoing Designation of Wilmington Trust Company, as Indenture Trustee of Items to be Included in Record on Appeal and Statement of Issues Presented on Appeal, to be served by first class mail, postage prepaid, addressed to:

> Jonathan S. Henes, Esq.
> KIRKLAND & ELLIS LLP
> 153 East 53rd Street
> New York, New York 10022
> Counsel to Debtors
>
> Bennett Murphy, Esq.
> HENNIGAN, BENNETT & DORMAN LLP
> 865 South Figueroa Street
> Suite 2900
> Los Angeles, California 90017
> Counsel to Ad Hoc Committee of Noteholders
>
> Daniel H. Golden, Esq.
> AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
> 590 Madison Avenue
> New York, New York 10022
> Counsel to the Official Committee of Unsecured Creditors
>
> Steven D. Pohl, Esq.
> BROWN RUDNICK BERLACK ISRAELS LLP
> One Financial Center
> Boston, Massachusetts 02111
> Counsel to the Ad Hoc Committee of Trade Creditors

_____
Zoe F. Feinberg