UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:
Solutia, Inc.

Debtor
Solutia, Inc.,

Appellant,
Wilmington Trust, as Indenture Trustee

         -against-

Appellee
Solutia, Inc.,

         Appellant,

--------------------------------------------------------X



07cv05997(GBD)
<u>SCHEDULING ORDER</u>

GEORGE B. DANIELS, District Court Judge:

    An appeal of an Order of the Bankruptcy Court of the Southern District of New York having been filed and both appellant and appellee having submitted their designation of record on appeal, it is hereby,

    ORDERED, that appellant's memorandum of law in support of its appeal shall be submitted by **September 19, 2007**, appellees' opposition shall be submitted by, **December 5, 2007** and appellant's reply shall be submitted by **March 5, 2008**

    IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide one courtesy copy to United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, New York 10007.

Dated: June 26, 2007
New York, New York

                                        SO ORDERED:

                                        *George B. Daniel*
                                        George B. Daniels, USDJ