UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>SOLUTIA, INC., *ET AL.*<br><br>Debtors.<br><br>―――――――――――――――――<br>WILMINGTON TRUST COMPANY,<br>as Indenture Trustee,<br><br>Plaintiff-Appellant,<br><br>-against-<br>SOLUTIA, INC.,<br><br>Defendant-Appellee. | Case No.: 1:07-cv-05997 (GBD)<br><br>ECF Case<br><br>Adversary Proceeding No. 05-01843<br><br>ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, THE HONORABLE PRUDENCE C. BEATTY, UNITED STATES BANKRUPTCY JUDGE, PRESIDING<br><br>Bankruptcy Case No. 03-17949 (PCB)<br>Jointly Administered<br><br>**Chapter 11**<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Colin M. Adams attorney for Solutia Inc. and said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

Applicants Name: David J. Zott, P.C.

Firm Name: Kirkland & Ellis LLP

Address: 200 East Randolph Drive

City / State / Zip: Chicago, Illinois  60601

Telephone / Fax: 312.861.2000 / 312.861.2200

Email Address: dzott@kirkland.com

is admitted to practice *pro hac vice* as counsel for Solutia Inc. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing

(EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: JUL 1 9 2007, 2007
New York, New York

*George B. Daniels*
United States District Judge