UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUL 1 9 2007

IN RE:
SOLUTIA, INC., *ET AL.*

Debtors.

WILMINGTON TRUST COMPANY,
as Indenture Trustee,

Plaintiff-Appellant,

-against-

SOLUTIA, INC.,

Defendant-Appellee.

Case No.: 1:07-cv-05997 (GBD)

ECF Case

Adversary Proceeding No. 05-01843

ON APPEAL FROM THE UNITED STATES
BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK,
THE HONORABLE PRUDENCE C.
BEATTY, UNITED STATES
BANKRUPTCY JUDGE, PRESIDING

Bankruptcy Case No. 03-17949 (PCB)
Jointly Administered

**Chapter 11**

**ORDER FOR ADMISSION *PRO HAC
VICE* ON WRITTEN MOTION**

Upon the motion of Colin M. Adams attorney for Solutia Inc. and said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

Applicants Name: Thomas L. Campbell

Firm Name: Kirkland & Ellis LLP

Address: 200 East Randolph Drive

City / State / Zip: Chicago, Illinois  60601

Telephone / Fax: 312.861.2000 / 312.861.2200

Email Address: tcampbell@kirkland.com

is admitted to practice *pro hac vice* as counsel for Solutia Inc. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing

(EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____ _____, 2007
       New York, New York

*George B Donel*
United States District Judge

-2-