SCANNED

original

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| WILMINGTON TRUST, *AS INDENTURE TRUSTEE*, | Case No. 1:07-cv-05997-GBD |
| Appellant, | **MOTION TO ADMIT COUNSEL** |
| - against- | **PRO HAC VICE** |
| SOLUTIA, INC. | |
| Appellee. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Eric A. Schaffer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> James C. Martin
> Reed Smith LLP
> 435 Sixth Avenue
> Pittsburgh, PA 15219
> Tel: 412.288.3546
> Fax: 412.288.3063
> Email: jcmartin@reedsmith.com

James C. Martin is a member in good standing of the Bar of the States of Pennsylvania and California.

There are no pending disciplinary proceedings against James C. Martin in any State or Federal Court.

- 2 -

Dated: 7/16/07

Pittsburgh, Pennsylvania

Respectfully submitted,

_____
Eric A. Schaffer (ES-6415)
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Tel: 412.288.4202
Fax: 412.288.3063
Email: eschaffer@reedsmith.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WILMINGTON TRUST, *AS INDENTURE TRUSTEE,* | Case No. 1:07-cv-05997-GBD |
| Appellant, | **AFFIDAVIT OF ERIC A. SCHAFFER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| - against- | |
| SOLUTIA, INC. | |
| Appellee. | |

---

Eric A. Schaffer being duly sworn hereby deposes and says as follows:

1. I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit James C. Martin as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 17, 2004 in the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known James C. Martin since 2003.

4. Mr. Martin is a partner at Reed Smith LLP, in Pittsburgh, Pennsylvania.

5. I have found Mr. Martin to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of James C. Martin, pro hac vice.

7. I respectfully submit a proposed order granting the admission of James C. Martin, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit James C. Martin, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

- 2 -

Dated: 7/16/07

Pittsburgh, Pennsylvania

Respectfully submitted,

_____
Eric A. Schaffer (ES-6415)
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Tel: 412.288.4202
Fax: 412.288.3063
Email: eschaffer@reedsmith.com

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
WILMINGTON TRUST, *AS INDENTURE TRUSTEE*,

                  Appellant,

- against-

SOLUTIA, INC.

                  Appellee.
---------------------------------------------------------

Case No. 1:07-cv-05997-GBD

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Eric A. Schaffer, attorney for Wilmington Trust Company, as Indenture Trustee and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

        James C. Martin
        Reed Smith LLP
        435 Sixth Avenue
        Pittsburgh, PA  15219
        Tel:  412.288.3546
        Fax: 412.288.3063
        Email:  jcmartin@reedsmith.com

is admitted to practice pro hac vice as counsel for Wilmington Trust Company, as Indenture Trustee in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.


Dated: _____

New York, New York

                                                    _____
                                                    United States District/Magistrate Judge



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## James Christopher Martin, Esq.

**DATE OF ADMISSION**

**November 1, 2006**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 5, 2007

Patricia A. Nicola
Chief Clerk

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 3, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES CHRISTOPHER MARTIN, #83719 was admitted to the practice of law in this state by the Supreme Court of California on November 29, 1978; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WILMINGTON TRUST, *AS INDENTURE TRUSTEE*, | Case No. 1:07-cv-05997-GBD |
| Appellant, | **PROOF OF SERVICE OF MOTION TO ADMIT COUNSEL** |
| - against- | **PRO HAC VICE** |
| SOLUTIA, INC. | |
| Appellee. | |

---

### CERTIFICATE OF SERVICE

I hereby certify that on this _16th_ day of _July_, 2007, I caused a copy of the Motion to Admit Counsel Pro Hac Vice to be served first via class postage prepaid mail to the party listed below:

> Thomas Lawrence Campbell, Esquire
> Kirkland & Ellis LLP
> 200 East Randolph Street
> Chicago, IL 60601
> Tel: 312.861.2151
> Fax: 312.861.2200
> Email: tcampbell@kirkland.com

Dated: _7/16/07_

Pittsburgh, Pennsylvania

Respectfully submitted,

_/s/ Eric A. Schaffer_
Eric A. Schaffer (ES-6415)
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Tel: 412.288.4202
Fax: 412.288.3063
Email: eschaffer@reedsmith.com