**ORIGINAL**

Colin M. Adams (CA 2913)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>SOLUTIA, INC., *ET AL.*<br><br>Debtors.<br><br>―――――――――――――――<br>WILMINGTON TRUST COMPANY,<br>as Indenture Trustee,<br><br>　　　　　Plaintiff-Appellant,<br><br>　　-against-<br>SOLUTIA, INC.,<br><br>　　　　　Defendant-Appellee. | Case No.: 1:07-cv-05997 (GBD)<br><br>ECF Case<br><br>Adversary Proceeding No. 05-01843<br><br>ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, THE HONORABLE PRUDENCE C. BEATTY, UNITED STATES BANKRUPTCY JUDGE, PRESIDING<br><br>Bankruptcy Case No. 03-17949 (PCB)<br>Jointly Administered<br><br>**Chapter 11**<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Colin M. Adams, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Name: David J. Zott, P.C.
> Firm: Kirkland & Ellis LLP
> Address: 200 East Randolph Drive
> City/State: Chicago, Illinois 60601
> Phone Number: 312.861.2000
> Fax Number: 312.861.2200

-2-

David J. Zott, P.C. is a member in good standing of the Bar of the States(s) of Illinois. There are no pending disciplinary proceedings against David J. Zott, P.C. in any State or Federal court.

Dated: July 16, 2007
New York, New York

_____
Colin M. Adams (CA 2913)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Attorney for Solutia Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>SOLUTIA, INC., *ET AL.*,<br><br>  Debtors.<br><br>WILMINGTON TRUST COMPANY,<br>as Indenture Trustee,<br><br>  Plaintiff-Appellant,<br><br>  -against-<br>SOLUTIA, INC.,<br><br>  Defendant-Appellee. | Case No.: 1:07-cv-05997 (GBD)<br><br>ECF Case<br><br>Adversary Proceeding No. 05-01843<br><br>ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, THE HONORABLE PRUDENCE C. BEATTY, UNITED STATES BANKRUPTCY JUDGE, PRESIDING<br><br>Bankruptcy Case No. 03-17949 (PCB)<br>Jointly Administered<br><br>**Chapter 11**<br><br>**AFFIDAVIT OF COLIN M. ADAMS IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*** |

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

COLIN M. ADAMS, being duly sworn, hereby deposes and says as follows:

1. I am a partner with Kirkland & Ellis LLP, counsel for Defendant-Appellee in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant-Appellee's motion to admit David J. Zott, P.C. as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the New York, and was admitted to practice law in insert date here. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known David J. Zott, P.C., counsel for Defendant-Appellee.

4. Applicant is a partner at Kirkland & Ellis, LLP, 200 East Randolph Drive, Chicago, Illinois 60601.

5. I have found David J. Zott, P.C. to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of David J. Zott, P.C., *pro hac vice*.

7.  I respectfully submit a proposed order gaining the admission of David J. Zott, P.C., *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit David J. Zott, P.C., *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: July 16, 2007
New York, New York

Respectfully submitted,

_____
Colin M. Adams (CA 2913)

Sworn to before me
this 16th of July, 2007

_____

JOSEPH J. CALI
Notary Public, State of New York
No. 01CA5015323
Qualified in New York County
Commission Expires July 19, 2009

-2-

## CERTIFICATE OF SERVICE

I, Colin M. Adams, a non-attorney, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 16th day of July, 2007, I caused a true and correct copy of the foregoing **MOTION TO ADMIT COUNSEL *PRO HAC VICE*** to be served, via overnight delivery, upon the following:

| | |
|---|---|
| Andrew L. Morrison<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, New York 10022<br><br>Robert C. Shenfeld<br>Reed Smith LLP<br>355 South Grand Avenue<br>Los Angeles, California 90071<br>*Attorneys for J.P. Morgan Chase Bank,*<br><br>*as Indenture Trustee* | S. Margie Venus<br>Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, Texas 77002<br>*Attorney for the Official Committee of*<br>*Unsecured Creditors* |
| Edward S. Weisfelner, Esq.<br>Brown Rudnick Berlack Israels LLP<br>Seven Times Square<br>New York, NY 10036<br>Steven D. Pohl, Esq.<br><br>Brown Rudnick Berlack Israels LLP<br>One Fiancial Center<br>Boston, MA 0211<br>*Attorneys for the Ad Hoc Committee of*<br>*Trade Creditors* | Bruce Bennett<br>Bennett J. Murphy<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>*Attorneys for the Ad Hoc Committee of Solutia*<br>*Noteholders* |

_____
Colin M. Adams

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

David John Zott

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1986 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, July 10, 2007.

*Juleann Hornyak*

Clerk



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

David J. Zott
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601-6436

Chicago
Friday, July 13, 2007

In re: David John Zott
Admitted: 11/6/1986
Attorney No. 6193505

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Thomas W. Peters
Registrar

TWP:ao

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>SOLUTIA, INC., *ET AL.*<br><br>Debtors.<br><br>WILMINGTON TRUST COMPANY,<br>as Indenture Trustee,<br><br>Plaintiff-Appellant,<br><br>-against-<br>SOLUTIA, INC.,<br><br>Defendant-Appellee. | Case No.: 1:07-cv-05997 (GBD)<br><br>ECF Case<br><br>Adversary Proceeding No. 05-01843<br><br>ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, THE HONORABLE PRUDENCE C. BEATTY, UNITED STATES BANKRUPTCY JUDGE, PRESIDING<br><br>Bankruptcy Case No. 03-17949 (PCB)<br>Jointly Administered<br><br>**Chapter 11**<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Colin M. Adams attorney for Solutia Inc. and said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

Applicants Name: David J. Zott, P.C.

Firm Name: Kirkland & Ellis LLP

Address: 200 East Randolph Drive

City / State / Zip: Chicago, Illinois  60601

Telephone / Fax: 312.861.2000 / 312.861.2200

Email Address: dzott@kirkland.com

is admitted to practice *pro hac vice* as counsel for Solutia Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____ _____, 2007
      New York, New York

                                                 _____
                                                 United States District Judge