UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

WILMINGTON TRUST, *AS INDENTURE TRUSTEE,*

                Appellant,

- against-

SOLUTIA, INC.

                Appellee.

------------------------------------------------------

Case No. 1:07-cv-05997-GBD

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 3 2007

        Upon the motion of Eric A. Schaffer, attorney for Wilmington Trust Company, as Indenture Trustee and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

        James C. Martin
        Reed Smith LLP
        435 Sixth Avenue
        Pittsburgh, PA 15219
        Tel: 412.288.3546
        Fax: 412.288.3063
        Email: jcmartin@reedsmith.com

is admitted to practice pro hac vice as counsel for Wilmington Trust Company, as Indenture Trustee in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: AUG 0 3 2007

New York, New York

                                            *George B. Daniels*
                                  United States District/Magistrate Judge

                              **HON. GEORGE B. DANIELS**