Eric A. Schaffer (ES 6415)
James C. Martin (*Pro hac vice*)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 288-3131

Andrew L. Morrison (AM 1071)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400

*Attorneys for Wilmington Trust Company as Indenture Trustee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

*In re* Solutia, Inc., *et al.*,

                Debtors.

Wilmington Trust Company, as Indenture Trustee, and *Ad Hoc* Committee of Solutia Noteholders,

                Appellants,

      -against-

Solutia, Inc.,

                Appellee.
------------------------------------------------------------------x

Case Nos. 07 CV 5997/5998 (GBD)

**NOTICE OF MOTION TO MODIFY BRIEFING SCHEDULE**

      PLEASE TAKE NOTICE that upon the annexed Affidavit of Eric A. Schaffer, sworn to on August 8, 2007, and the accompanying Memorandum of Law, Appellant Wilmington Trust Company, as Indenture Trustee, will move this Court at the United States District Courthouse, 500 Pearl Street, Courtroom 15D, New York, New York, at a time and date to be determined by

-2-

the Court, for an Order, pursuant to Fed. R. Bankr. P. 8011, modifying the current briefing schedule for these appeals and awarding such further relief as the Court deems proper.[1]

PLEASE TAKE FURTHER NOTICE that any opposition papers are due to be served on August 21, 2007, though this Court may act on this procedural motion in the absence of any such opposition papers. See Fed. R. Bankr. P. 8011(b).

Dated: New York, New York
August 8, 2007

REED SMITH LLP

By: /s/ Andrew L. Morrison
Andrew L. Morrison (AM 1071)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

Eric A. Schaffer (ES 6415)
James C. Martin (*Pro hac vice*)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
(412) 288-3131

**Attorneys for Appellant Wilmington Trust Company, as Indenture Trustee**

---

[1] The *Ad Hoc* Committee of Solutia Noteholders, appellant in Case No. 07 CV 5998, joins in this Motion.