# EXHIBIT "1"

Case 1:07-cv-05997-GBD   Document 17-2   Filed 08/08/2007   Page 1 of 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
IN RE:                        :  Chapter 11
                              :
SOLUTIA, INC., *ET AL.*       :  Case No. 03-B-17949 (PCB)
                              :
                              :  (Jointly Administered)
              Debtors.        :
------------------------------x
WILMINGTON TRUST COMPANY,     :
AS SUCCESSOR INDENTURE TRUSTEE TO :
JPMORGAN CHASE BANK, N.A.,    :
                              :  Adversary Proceeding No. 05-01843
              Plaintiff,      :
                              :
         -against-            :  **FINAL JUDGMENT**
                              :
SOLUTIA INC.,                 :
                              :
              Defendant.      :
------------------------------x

For the reasons set forth in the Court's May 1, 2007 Memorandum Decision After Trial (Dkt. No. 146), IT IS HEREBY ORDERED AND ADJUDGED THAT final judgment is entered in favor of Defendant Solutia Inc. and against Plaintiff Wilmington Trust Company (as successor indenture trustee to JPMorgan Chase Bank, N.A.), and all counts of Plaintiff's Complaint are hereby dismissed with prejudice. This is a final and appealable order.

Date:  New York, New York
       May 17 , 2007

                                     /s/Prudence C. Beatty
                                     United States Bankruptcy Judge