Eric A. Schaffer (ES 6415)
James C. Martin (*Pro hac vice*)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 288-3131

Andrew L. Morrison (AM 1071)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400

*Attorneys for Wilmington Trust Company as Indenture Trustee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

*In re* Solutia, Inc., *et al.*,

                    Debtors.

Wilmington Trust Company, as Indenture Trustee, and
*Ad Hoc* Committee of Solutia Noteholders,

                    Appellants,

      -against-

Solutia, Inc.,

                    Appellee.

------------------------------------------------------------x

Case Nos. 07 CV 5997/5998 (GBD)

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Appellant Wilmington Trust Company states that it is a wholly-owned subsidiary of Wilmington Trust Corporation, a publicly held Delaware corporation.

Dated:    New York, New York
          August 8, 2007

                                        REED SMITH LLP


                                        By: /s/  Andrew L. Morrison
                                              Andrew L. Morrison (AM 1071)
                                              REED SMITH LLP
                                              599 Lexington Avenue
                                              New York, New York 10022
                                              (212) 521-5400


                                              Eric A. Schaffer (ES 6415)
                                              James C. Martin (*Pro hac vice*)
                                              REED SMITH LLP
                                              435 Sixth Avenue
                                              Pittsburgh, Pennsylvania 15219
                                              (412) 288-3131

                                        **Attorneys for Appellant Wilmington
                                        Trust Company, as Indenture Trustee**