Eric A. Schaffer (ES 6415)
James C. Martin (*Pro hac vice*)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 288-3131

Andrew L. Morrison (AM 1071)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400

*Attorneys for Wilmington Trust Company as Indenture Trustee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
*In re* Solutia, Inc., *et al.*,                              :
                              Debtors.                        :
                                                              :
                                                              :
Wilmington Trust Company, as Indenture Trustee, and           :    Case Nos. 07 CV 5997/5998
*Ad Hoc* Committee of Solutia Noteholders,                    :    (GBD)
                                                              :
                              Appellants,                     :
                                                              :
              -against-                                       :
                                                              :
Solutia, Inc.,                                                :
                                                              :
                              Appellee.                       :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of August, 2007, I electronically filed the foregoing

**DISCLOSURE STATEMENT** with the Clerk of Court using the CM-ECF system, which will

automatically email such filing to the attorneys of record registered to receive it. On August 8,

2007, I also served the foregoing **DISCLOSURE STATEMENT** by First-Class Mail with

postage fully prepaid to the following attorneys of record:

David J. Zott
Kirkland & Ellis, L.L.P.
200 East Randolph Drive
Chicago, IL 60601
dzott@kirkland.com

Thomas Lawrence Campbell
Kirkland & Ellis (IL)
200 East Randolph Street
Chicago, IL 60601
Email: tcampbell@kirkland.com

Bennett Justin Murphy
Hennigan, Bennett & Dorman L.L.P.
865 South Figueroa Street
29th Floor
Los Angeles, CA 90017
murphyb@hbdlawyers.com

Steven D. Pohl
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
(617) 856-8594
(617) 856-8201 (fax)
spohl@brownrudnick.com

Jeffrey J. Zeiger
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
jzeiger@kirkland.com

Bruce Bennett
Hennigan Bennett & Dorman, LLP(CA)
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017
bennetb@hbdlawyers.com

Ira S. Dizengoff
Daniel H. Golden
James Savin
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
idizengoff@akingump.com
dgolden@akingump.com
jsavin@akingump.com

/s/ Andrew L. Morrison