Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

**ORIGINAL**

Counsel for the Official Committee of Unsecured
Creditors of Solutia Inc., et al.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re Solutia Inc., et al.                          :

                                                    :       1:07-CV-05997-GBD

Wilmington Trust Company as Successor               :
Indenture Trustee to JPMorgan Chase Bank, N.A.,     :

                                                    :
                                    *Appellants,*   :

                                                    :
        - v-                                        :

                                                    :
Solutia Inc.,                                       :

                                                    :
                                    *Appellees.*    :

-------------------------------------------------------------x

## NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF
## S. MARGIE VENUS, ESQ.

PLEASE TAKE NOTICE that upon the annexed Motion for Admission *Pro Hac Vice*

of S. Margie Venus, Esq., the accompanying Affidavit of Daniel H. Golden, sworn to on August

15 2007, and the exhibits attached thereto, Mr. Golden will move this Court before the

Honorable George B. Daniels at the United States District Court, 500 Pearl Street, Courtroom

15D, New York, New York 10007 for an order pursuant to Local Civil Rule 1.3(c) of the United

States District Court for the Southern District of New York granting admission *pro hac vice* to S.

Margie Venus, Esq., of the law firm Akin Gump Strauss Hauer & Feld LLP, to appear and

participate in the above-captioned matter before this Court and for such other and further relief

as this Court deems just and proper under the circumstances.

Dated:  August 15, 2007
        New York, New York

Respectfully submitted,

_____
Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Counsel for the Official Committee of Unsecured
Creditors of Solutia Inc., et al.

Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Counsel for the Official Committee of Unsecured
Creditors of Solutia Inc., et al.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
In re Solutia Inc., et al.                        :
                                                  :
                                                  :    1:07-CV-05997-GBD
Wilmington Trust Company as Successor             :
Indenture Trustee to JPMorgan Chase Bank, N.A.,   :
                                                  :
                        Appellants,               :
                                                  :
      - v-                                        :
                                                  :
Solutia Inc.,                                     :
                                                  :
                        Appellees.                :
-------------------------------------------------------------x
```

## MOTION FOR *PRO HAC VICE* ADMISSION OF S. MARGIE VENUS

        Daniel H. Golden, a member of the law firm of Akin Gump Strauss Hauer & Feld LLP,

590 Madison Avenue, New York, New York 10022, an attorney in good standing before the

United States District Court for the Southern District of New York and counsel for the Official

Committee of Unsecured Creditors of Solutia Inc., et al., respectfully requests this Court to admit

to practice before this Court *pro hac vice* S. Margie Venus, Esq., pursuant to Local Civil Rule

1.3(c).  Ms. Venus is a member of the law firm Akin Gump Strauss Hauer & Feld LLP.

Ms. Venus is a member in good standing of the State Bar of Texas. Ms. Venus possesses unique knowledge of the facts and law pertinent to the above-captioned action, such that her respective appearance in this action will be necessary.

WHEREFORE, movant respectfully requests that the Court enter an Order in the accompanying form granting admission *pro hac vice* to S. Margie Venus, Esq., to appear and participate in the above-captioned matter before this Court and for such other and further relief as the Court deems just and proper.

Dated: August 15, 2007
      New York, New York

Respectfully submitted,

_____
Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Counsel for the Official Committee of Unsecured
Creditors of Solutia Inc., et al.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
In re Solutia Inc., et al.                          :
                                                    :
                                                    :    1:07-CV-05997-GBD
Wilmington Trust Company as Successor               :
Indenture Trustee to JPMorgan Chase Bank, N.A.,     :
                                                    :
                    Appellants,                     :
                                                    :
        - v-                                        :
                                                    :
Solutia Inc.,                                       :
                                                    :
                    Appellees.                      :
-------------------------------------------------------------x
```

## AFFIDAVIT OF DANIEL H. GOLDEN

STATE OF NEW YORK     :
                      :
COUNTY OF NEW YORK    :

DANIEL H. GOLDEN, being duly sworn, deposes and states as follows:

1.      I am a partner with the law firm Akin Gump Strauss Hauer & Feld LLP, counsel for the Official Committee of Unsecured Creditors of Solutia Inc., et al.

2.      I am admitted to practice before the Bar of the State of New York and Bars of the United States District Courts for the Southern and Eastern Districts of New York. I am not under suspension or disbarment by any court.

3.      I make this affidavit in support of the motion for an order to admit S. Margie Venus, to act as attorney of record, *pro hac vice*, solely for the purposes of this litigation, upon the grounds that he has been an attorney in good standing for an extended period of time and is fully familiar with the facts at issue in this litigation.

4.    Ms. Venus is a member in good standing of the State Bar of Texas.  She has never been suspended or disbarred from practicing before any court.  I am of the opinion that Ms. Venus is of the highest moral character.

5.    A Certificate of Good Standing from the State Bar of Texas for Ms. Venus is attached hereto in accordance with Local Rule 1.3(c).

FURTHER AFFIANT SAYETH NOT.

_____
DANIEL H. GOLDEN

Sworn and subscribed to before me on this _15_ th day of August 2007.

_____
Notary Public
in and for the State of New York

MILDRED ANDINO
Notary Public, State of New York
No. 01AN4857026
Qualified in Queens County
Commission Expires April 28, 20 _10_

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re Solutia Inc., et al.                                  :
                                                            :
                                                            :           1:07-CV-05997-GBD
Wilmington Trust Company as Successor                       :
Indenture Trustee to JPMorgan Chase Bank, N.A.,             :
                                                            :
                          *Appellants,*                     :
                                                            :
        - v-                                                :
                                                            :
Solutia Inc.,                                               :
                                                            :
                          *Appellees.*                      :
-------------------------------------------------------------x

### AFFIDAVIT OF S. MARGIE VENUS

STATE OF TEXAS              :
                           :
COUNTY OF HARRIS           :

        S. MARGIE VENUS, being duly sworn, deposes and states as follows:

        1.      I am a partner with the law firm Akin Gump Strauss Hauer & Feld LLP, counsel

for the Official Committee of Unsecured Creditors of Solutia Inc., et al.

        2.      I submit this application in support of the motion for my admission to practice *pro

hac vice* in the above-captioned matter.

        3.      I am a member in good standing of the State Bar of Texas.  A Certificate of Good

Standing from the State Bar of Texas is attached hereto in accordance with Local Rule 1.3(c).

        4.      I am not under suspension or disbarment by any court, nor have I ever been

suspended or disbarred from practicing before any court.

        5.      I agree to be bound by the rules governing the Courts in the State of New York.

For these reasons, I respectfully request admission *pro hac vice* to this Court.

FURTHER AFFIANT SAYETH NOT.

_S. MARGIE VENUS_

Sworn and subscribed to before me on this _13_ th day of August 2007.

Notary Public
in and for the State of Texas

# Exhibit A:
# Certificate of Good Standing

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------x
In re Solutia Inc., et al.                               :
                                                         :
                                                         :      1:07-CV-05997-GBD
Wilmington Trust Company as Successor                    :
Indenture Trustee to JPMorgan Chase Bank, N.A.,          :
                                                         :
                  Appellants,                            :
                                                         :
      - v-                                               :
                                                         :
Solutia Inc.,                                            :
                                                         :
                  Appellees.                             :
---------------------------------------------------------x
```

### CERTIFICATE OF SERVICE

Daniel H. Golden, an attorney admitted to practice law before the courts of the State of New York and this Court, affirms the following to be true under penalty of perjury:

1.    I am a partner with the law firm of Akin Gump Strauss Hauer & Feld LLP, am over the age of eighteen and am not a party to this action.

2.    On August 15, 2007, I caused a copy of the foregoing Notice of Motion for Admission *Pro Hac Vice* of S. Margie Venus, Esq., to be served upon those parties set forth on the attached service list.

Dated:  August 15, 2007
        New York, New York

By: _____
      Daniel H. Golden (DG-5624)
      AKIN GUMP STRAUSS HAUER & FELD LLP
      590 Madison Avenue
      New York, New York 10022
      (212) 872-1000 (Telephone)
      (212) 872-1002 (Facsimile)

## SERVICE LIST
### (07cv05997)

**Attorneys for Solutia, Inc.**
David J. Zott
Jeffrey J. Zeiger
Thomas Lawrence Campbell
KIRKLAND & ELLIS, L.L.P.
200 East Randolph Drive
Chicago, IL 60601

Richard M. Cieri
Jonathan S. Henes
Michael Frishberg
KIRKLAND & ELLIS, L.L.P.
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Ira S. Dizengoff

Daniel H. Golden
James Savin
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022

**Attorneys for Wilmington Trust**
**As Indenture Trustee**
Robert C. Shenfeld
Andrew L. Morrison
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

James C. Martin
Eric A. Schaffer
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Bennett Justin Murphy
Hennigan Bennett &Dorman LLP
865 South Figueroa Street, 29th Floor
Los Angeles, CA 90017

Bruce Bennett
Hennigan Bennett &Dorman LLP(CA)
865 South Figueroa Street, Ste 2900
Los Angeles, CA 90017

**Attorneys for The Ad Hoc Solutia**
**Trade Committee**
Edward S. Weisfelner
BROWN RUDNICK BERLACK ISRAELS LLP
Seven Times Square
New York, NY 10036

Steven D. Pohl
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111