ORIGINAL

Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Counsel for the Official Committee of Unsecured
Creditors of Solutia Inc., et al.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re Solutia Inc., et al.                           :
                                                     :
                                                     :
                                                     :   1:07-CV-05997-GBD
Wilmington Trust Company as Successor                :
Indenture Trustee to JPMorgan Chase Bank, N.A.,      :
                                                     :
                          Appellants,                :
                                                     :
        - v-                                         :
                                                     :
Solutia Inc.,                                        :
                                                     :
                          Appellees.                 :
---------------------------------------------------------------x

### NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF
### L. RACHEL HELYAR, ESQ.

PLEASE TAKE NOTICE that upon the annexed Motion for Admission *Pro Hac Vice* of L. Rachel Helyar, Esq., the accompanying Affidavit of Daniel H. Golden, sworn to on August 15, 2007, and the exhibits attached thereto, Mr. Golden will move this Court before the Honorable George B. Daniels at the United States District Court, 500 Pearl Street, Courtroom 15D, New York, New York 10007 for an order pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York granting admission *pro hac vice* to L. Rachel Helyar, Esq., of the law firm Akin Gump Strauss Hauer & Feld LLP, to appear and

participate in the above-captioned matter before this Court and for such other and further relief as this Court deems just and proper under the circumstances.

Dated:  August 15, 2007
       New York, New York

Respectfully submitted,

_____
Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Counsel for the Official Committee of Unsecured Creditors of Solutia Inc., et al.

Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Counsel for the Official Committee of Unsecured
Creditors of Solutia Inc., et al.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re Solutia Inc., et al.                    :
                                              :
                                              :   1:07-CV-05997-GBD
Wilmington Trust Company as Successor         :
Indenture Trustee to JPMorgan Chase Bank, N.A.,:
                                              :
                    *Appellants*,             :
                                              :
  - v-                                        :
                                              :
Solutia Inc.,                                 :
                                              :
                    *Appellees*.              :
-----------------------------------------------------------x

## MOTION FOR *PRO HAC VICE* ADMISSION OF L. RACHEL HELYAR, ESQ.

Daniel H. Golden, a member of the law firm of Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, New York, New York 10022, an attorney in good standing before the United States District Court for the Southern District of New York and counsel for the Official Committee of Unsecured Creditors of Solutia Inc., et al., respectfully requests this Court to admit to practice before this Court *pro hac vice* L. Rachel Helyar, Esq., pursuant to Local Civil Rule 1.3(c). Ms. Helyar is a member of the law firm Akin Gump Strauss Hauer & Feld LLP.

Ms. Helyar is a member in good standing of the State Bar of California. Ms. Helyar possesses unique knowledge of the facts and law pertinent to the above-captioned action, such that her respective appearance in this action will be necessary.

WHEREFORE, movant respectfully requests that the Court enter an Order in the accompanying form granting admission *pro hac vice* to L. Rachel Helyar, Esq., to appear and participate in the above-captioned matter before this Court and for such other and further relief as the Court deems just and proper.

Dated: August 15, 2007
      New York, New York

Respectfully submitted,

_____
Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Counsel for the Official Committee of Unsecured Creditors of Solutia Inc., et al.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re Solutia Inc., et al.                                  :
                                                            :
                                                            :  1:07-CV-05997-GBD
Wilmington Trust Company as Successor                       :
Indenture Trustee to JPMorgan Chase Bank, N.A.,             :
                                                            :
         *Appellants,*                                    :
                                                            :
- v-                                                        :
                                                            :
Solutia Inc.,                                               :
                                                            :
         *Appellees.*                                     :
------------------------------------------------------------x

## AFFIDAVIT OF DANIEL H. GOLDEN

STATE OF NEW YORK    :
                     :
COUNTY OF NEW YORK   :

    DANIEL H. GOLDEN, being duly sworn, deposes and states as follows:

    1.    I am a partner with the law firm Akin Gump Strauss Hauer & Feld LLP, counsel for the Official Committee of Unsecured Creditors of Solutia Inc., et al.

    2.    I am admitted to practice before the Bar of the State of New York and Bars of the United States District Courts for the Southern and Eastern Districts of New York. I am not under suspension or disbarment by any court.

    3.    I make this affidavit in support of the motion for an order to admit L. Rachel Helyar, Esq., to act as attorney of record, *pro hac vice*, solely for the purposes of this litigation, upon the grounds that she has been an attorney in good standing for an extended period of time and is fully familiar with the facts at issue in this litigation.

4.  Ms. Helyar is a member in good standing of the State Bar of California. She has never been suspended or disbarred from practicing before any court. I am of the opinion that Ms. Helyar is of the highest moral character.

5.  A Certificate of Good Standing from the State Bar of California for Ms. Helyar is attached hereto in accordance with Local Rule 1.3(c).

FURTHER AFFIANT SAYETH NOT.

---
DANIEL H. GOLDEN

Sworn and subscribed to before me on this 15th day of August 2007.

---
Notary Public
in and for the State of New York

MILDRED ANDINO
Notary Public, State of New York
No. 01AN4857026
Qualified in Queens County
Commission Expires April 28, 20 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re Solutia Inc., et al.                          :
                                                    :
                                                    :  1:07-CV-05997-GBD
Wilmington Trust Company as Successor               :
Indenture Trustee to JPMorgan Chase Bank, N.A.,     :
                                                    :
                *Appellants,*                       :
                                                    :
        - v-                                        :
                                                    :
Solutia Inc.,                                       :
                                                    :
                *Appellees.*                        :
------------------------------------------------------------x

## AFFIDAVIT OF L. RACHEL HELYAR

STATE OF CALIFORNIA            :
                               :
COUNTY OF LOS ANGELES          :

L. RACHEL HELYAR, being duly sworn, deposes and states as follows:

1.    I am a partner with the law firm Akin Gump Strauss Hauer & Feld LLP, counsel for the Official Committee of Unsecured Creditors of Solutia Inc., et al.

2.    I submit this application in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

3.    I am a member in good standing of the State Bar of California. A Certificate of Good Standing from the State Bar of California is attached hereto in accordance with Local Rule 1.3(c).

4.    I am not under suspension or disbarment by any court, nor have I ever been suspended or disbarred from practicing before any court.

5.  I agree to be bound by the rules governing the Courts in the State of New York.

For these reasons, I respectfully request admission *pro hac vice* to this Court.

FURTHER AFFIANT SAYETH NOT.

_____
L. RACHEL HELYAR

Sworn and subscribed to before me on this __4__th day of August 2007.

_____
Notary Public
in and for the State of California

[Notary Seal: LAURIE A. ROSSI, Commission # 1596216, Notary Public - California, Los Angeles County, My Comm. Expires Aug 8, 2009]

2

# Exhibit A:
# Certificate of Good Standing

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

July 24, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, L. RACHEL LERMAN HELYAR, #193080 was admitted to the practice of law in this state by the Supreme Court of California on December 12, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re Solutia Inc., et al.                  :
                                            :
                                            :  1:07-CV-05997-GBD
Wilmington Trust Company as Successor       :
Indenture Trustee to JPMorgan Chase Bank, N.A., :
                                            :
            Appellants,                     :
                                            :
    - v-                                    :
                                            :
Solutia Inc.,                               :
                                            :
            Appellees.                      :
------------------------------------------------------------x

## ORDER

Upon the Motion for Admission *Pro Hac Vice* of L. Rachel Helyar, Esq., and the exhibits annexed thereto; the Court having considered the facts as set forth therein; and good cause having been shown, it is hereby,

ORDERED that L. Rachel Helyar, Esq., of Akin Gump Strauss Hauer & Feld LLP, is admitted *pro hac vice* to appear and participate in this case before this Court in accordance with Local Rule 1.3(c).

Dated: August ____, 2007

 

_____
The Honorable George B. Daniels
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re Solutia Inc., et al.               :
                                         :
                                         :    1:07-CV-05997-GBD
Wilmington Trust Company as Successor    :
Indenture Trustee to JPMorgan Chase Bank, N.A., :
                                         :
          Appellants,                    :
                                         :
   - v-                                  :
                                         :
Solutia Inc.,                            :
                                         :
          Appellees.                     :
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

Daniel H. Golden, an attorney admitted to practice law before the courts of the State of New York and this Court, affirms the following to be true under penalty of perjury:

1. I am a partner with the law firm of Akin Gump Strauss Hauer & Feld LLP, am over the age of eighteen and am not a party to this action.

2. On August 15, 2007, I caused a copy of the foregoing Notice of Motion for Admission *Pro Hac Vice* of L. Rachel Helyar, Esq., to be served upon those parties set forth on the attached service list.

Dated: August 15, 2007
       New York, New York

By: _____
    Daniel H. Golden (DG-5624)
    AKIN GUMP STRAUSS HAUER & FELD LLP
    590 Madison Avenue
    New York, New York 10022
    (212) 872-1000 (Telephone)
    (212) 872-1002 (Facsimile)

## SERVICE LIST
### (07cv05997)

| | |
|---|---|
| **Attorneys for Solutia, Inc.**<br>David J. Zott<br>Jeffrey J. Zeiger<br>Thomas Lawrence Campbell<br>KIRKLAND & ELLIS, L.L.P.<br>200 East Randolph Drive<br>Chicago, IL 60601<br><br>Richard M. Cieri<br>Jonathan S. Henes<br>Michael Frishberg<br>KIRKLAND & ELLIS, L.L.P.<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611<br>Ira S. Dizengoff<br><br>Daniel H. Golden<br>James Savin<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022<br><br>**Attorneys for Wilmington Trust**<br>**As Indenture Trustee**<br>Robert C. Shenfeld<br>Andrew L. Morrison<br>REED SMITH LLP<br>599 Lexington Avenue<br>New York, NY 10022<br><br>James C. Martin<br>Eric A. Schaffer<br>REED SMITH LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br><br>Bennett Justin Murphy<br>Hennigan Bennett &Dorman LLP<br>865 South Figueroa Street, 29th Floor<br>Los Angeles, CA 90017 | Bruce Bennett<br>Hennigan Bennett &Dorman LLP(CA)<br>865 South Figueroa Street, Ste 2900<br>Los Angeles, CA 90017<br><br>**Attorneys for The Ad Hoc Solutia**<br>**Trade Committee**<br>Edward S. Weisfelner<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>Seven Times Square<br>New York, NY 10036<br><br>Steven D. Pohl<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>One Financial Center<br>Boston, MA 02111 |