USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re Solutia Inc., et al.

                          1:07-CV-05997-GBD

Wilmington Trust Company as Successor
Indenture Trustee to JPMorgan Chase Bank, N.A.,

             *Appellants,*

- v-

Solutia Inc.,

             *Appellees.*
------------------------------------------------------------x

## ORDER

Upon the Motion for Admission *Pro Hac Vice* of L. Rachel Helyar, Esq., and the exhibits annexed thereto; the Court having considered the facts as set forth therein; and good cause having been shown, it is hereby,

ORDERED that L. Rachel Helyar, Esq., of Akin Gump Strauss Hauer & Feld LLP, is admitted *pro hac vice* to appear and participate in this case before this Court in accordance with Local Rule 1.3(c).

Dated: August 2 7 2007
        AUG 2 7 2007

                                    *George B. Daniels*
                                    The Honorable George B. Daniels
                                    United States District Judge