UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2007

------------------------------------------------------------x
In re Solutia Inc., et al.

Wilmington Trust Company as Successor
Indenture Trustee to JPMorgan Chase Bank, N.A.,

                *Appellants,*

- v -

Solutia Inc.,

                *Appellees.*
------------------------------------------------------------x

1:07-CV-05997-GBD

## ORDER

Upon the Motion for Admission *Pro Hac Vice* of S. Margie Venus, Esq., and the exhibits annexed thereto; the Court having considered the facts as set forth therein; and good cause having been shown, it is hereby,

ORDERED that S. Margie Venus, Esq., of Akin Gump Strauss Hauer & Feld LLP, is admitted *pro hac vice* to appear and participate in this case before this Court in accordance with Local Rule 1.3(c).

Dated: August ____, 2007

AUG 2 7 2007

*[signed]* George B. Daniels
The Honorable George B. Daniels
United States District Judge