UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2007

-------------------------------------------------------x

In re Solutia Inc., et al.                           :

                                                     :

                                                     :
                                              1:07-CV-05997-GBD
Wilmington Trust Company as Successor                :
Indenture Trustee to JPMorgan Chase Bank, N.A.,      :

                                                     :

                       *Appellants,*                 :

                                                     :
            - v -                                    :

                                                     :
Solutia Inc.,                                        :

                                                     :

                       *Appellees.*                  :

-------------------------------------------------------x

## ORDER

Upon the Motion for Admission *Pro Hac Vice* of Edward P. Lazarus, Esq., and the

exhibits annexed thereto; the Court having considered the facts as set forth therein; and good

cause having been shown, it is hereby,

ORDERED that Edward P. Lazarus, Esq., of Akin Gump Strauss Hauer & Feld LLP, is

admitted *pro hac vice* to appear and participate in this case before this Court in accordance with

Local Rule 1.3(c).

Dated: August _____, 2007

        AUG 2 7 2007

                                        _____
                                        The Honorable George B. Daniels
                                        United States District Judge