UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 28 2007

------------------------------------------------------------x

In re Solutia Inc., et al.

1:07-CV-05997-GBD

Wilmington Trust Company as Successor
Indenture Trustee to JPMorgan Chase Bank, N.A.,

                              *Appellants*,

  - v-

Solutia Inc.,

                              *Appellees*.

------------------------------------------------------------x

## ORDER

Upon the Motion for Admission *Pro Hac Vice* of S. Margie Venus, Esq., and the exhibits annexed thereto; the Court having considered the facts as set forth therein; and good cause having been shown, it is hereby,

ORDERED that S. Margie Venus, Esq., of Akin Gump Strauss Hauer & Feld LLP, is admitted *pro hac vice* to appear and participate in this case before this Court in accordance with Local Rule 1.3(c).

Dated: August ___, 2007

                                                           _____
                                                           The Honorable George B. Daniels
                                                            United States District Judge