UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 8 2007

------------------------------------------------x
In re Solutia Inc., et al.

      1:07-CV-05997-GBD

Wilmington Trust Company as Successor
Indenture Trustee to JPMorgan Chase Bank, N.A.,

        *Appellants*,

  - v-

Solutia Inc.,

        *Appellees*.
------------------------------------------------x

### ORDER

Upon the Motion for Admission *Pro Hac Vice* of L. Rachel Helyar, Esq., and the exhibits annexed thereto; the Court having considered the facts as set forth therein; and good cause having been shown, it is hereby,

ORDERED that L. Rachel Helyar, Esq., of Akin Gump Strauss Hauer & Feld LLP, is admitted *pro hac vice* to appear and participate in this case before this Court in accordance with Local Rule 1.3(c).

Dated: August ____, 2007

                                                 */s/ George B. Daniels*
                                             The Honorable George B. Daniels
                                             United States District Judge