USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 8 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re Solutia Inc., et al.                        :
                                                  :
                                                  :        1:07-CV-05997-GBD
Wilmington Trust Company as Successor             :
Indenture Trustee to JPMorgan Chase Bank, N.A.,   :
                                                  :
        Appellants,                              :
                                                  :
  - v-                                           :
                                                  :
Solutia Inc.,                                     :
                                                  :
        Appellees.                               :
------------------------------------------------------------x

## ORDER

Upon the Motion for Admission *Pro Hac Vice* of Edward P. Lazarus, Esq., and the exhibits annexed thereto; the Court having considered the facts as set forth therein; and good cause having been shown, it is hereby,

ORDERED that Edward P. Lazarus, Esq., of Akin Gump Strauss Hauer & Feld LLP, is admitted *pro hac vice* to appear and participate in this case before this Court in accordance with Local Rule 1.3(c).

Dated: August ___, 2007

_____
The Honorable George B. Daniels
United States District Judge