BRUCE BENNETT (admitted *pro hac vice*)
BENNETT J. MURPHY (BM-8485)
JOSHUA D. MORSE (admitted *pro hac vice*)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California  90017
Telephone:  (213) 694-1200
Facsimile:  (213) 694-1234

Attorneys for Appellant *Ad Hoc*
Committee of Solutia Noteholders

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                          :
                                                                :
SOLUTIA, INC., ET AL.,                                          :
                                                                :
                                                                :
              Debtors.                                          :
---------------------------------------------------------------- x
AD HOC COMMITTEE OF SOLUTIA                                     :
NOTEHOLDERS,                                                    :
                                                                :
                                                                :
                                                                :
              Appellant.                                        :   Case Nos. 07 CV 5997/5998 (GBD)
v.                                                              :
                                                                :
SOLUTIA, INC.                                                   :
                                                                :
                                                                :
              Appellee.                                         :
---------------------------------------------------------------- x

**APPELLANT *AD HOC* COMMITTEE OF SOLUTIA
NOTEHOLDERS'JOINDER TO REPLY MEMORANDUM OF LAW
IN FURTHER SUPPORT OF APPELLANT WILMINGTON TRUST
<u>COMPANY'S MOTION TO MODIFY BRIEFING SCHEDULE</u>**

      Appellant *Ad Hoc* Committee of Solutia Noteholders (the "Noteholders' Committee") hereby respectfully joins the Reply Memorandum of Law in Further Support of Appellant Wilmington Trust Company's Motion to Modify Briefing Schedule [Docket No. 26; Civil Case No. 07 CV 05997 (GBD)] (the "Reply") filed by Appellant Wilmington Trust Company, as Indenture Trustee ("Wilmington Trust").  For the applicable reasons stated in the Reply, the Court should modify the original briefing schedule, either as originally requested by Wilmington Trust in its Motion to Modify Briefing Schedule [Docket No. 15; Civil Case No. 07 CV 05997 (GBD)], or, in the alternative in the way set forth by Wilmington Trust in Section D of the Reply.

Dated: Los Angeles, California  
       September 14 2007

HENNIGAN, BENNETT & DORMAN LLP

By:     /s/ Joshua D. Morse

    BRUCE BENNETT  
    BENNETT J. MURPHY  
    JOSHUA D. MORSE  
    865 S. Figueroa Street, Suite 2900  
    Telephone:  (213) 694-1200  
    Facsimile:  (213) 694-1234

Attorneys for Appellant *Ad Hoc* Committee of Solutia Noteholders