KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

FILED
JAN 14 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>SOLUTIA, INC., *ET AL.*<br><br>              Debtors.<br><br>―――――――――――――――<br>WILMINGTON TRUST COMPANY,<br>as Indenture Trustee,<br><br>              Plaintiff-Appellant,<br><br>         -against-<br>SOLUTIA, INC.,<br><br>              Defendant-Appellee. | Case No.: 1:07-cv-05997 (GBD)<br><br>ECF Case<br><br>Adversary Proceeding No. 05-01843<br><br>ON APPEAL FROM THE UNITED STATES<br>BANKRUPTCY COURT FOR THE<br>SOUTHERN DISTRICT OF NEW YORK,<br>THE HONORABLE PRUDENCE C.<br>BEATTY, UNITED STATES<br>BANKRUPTCY JUDGE, PRESIDING<br><br>Bankruptcy Case No. 03-17949 (PCB)<br>Jointly Administered<br><br>**Chapter 11**<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT THOMAS L. CAMPBELL is no longer associated with Kirkland & Ellis LLP and should be removed from the service list. Kirkland & Ellis LLP continues to serve as counsel for Solutia Inc. through all other Kirkland & Ellis LLP attorneys and all future correspondence and papers in this action should continue to be directed to them.

Dated: New York, New York
January 9, 2008

_____
Colin M. Adams (CA 2913)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

One of the Attorneys for Solutia Inc.

**SO ORDERED:**

JAN 1 1 2008

_____
George B. Daniels
U.S.D.J.
HON. GEORGE B. DANIELS